UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEP 3 0 1996

| | |
|---|---|
| OFFICE OF THRIFT SUPERVISION, ) <br> U.S. DEPARTMENT OF THE TREASURY, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DAVID L. PAUL, ) <br> ) <br> Defendant ) <br> _____ ) | CIV-UNGARO-BENAGES <br> Case No. 96-1315 <br> Magistrate Judge Garber <br><br> APPLICATION BY PLAINTIFF <br> OFFICE OF THRIFT SUPERVISION <br> AND DECLARATION FOR <br> ENTRY OF DEFAULT |

MARY F. DOOLEY, with respect to this application for entry of default, hereby declares as follows:

1. I am on the staff of William A. Keefer, United States Attorney for the Southern District of Florida, and in that capacity have been assigned to represent the interests of the plaintiff, OFFICE OF THRIFT SUPERVISION ("OTS"), an agency of the United States Government, in the above captioned matter.

2. On behalf of plaintiff OTS I hereby make application to the Clerk of this Court for entry of default as to defendant DAVID L. PAUL, pursuant to Fed. R. Civ. P. 55(a), and in support of this application do show that:

   A. On August 21, 1996, defendant David L. Paul was personally with the plaintiff's Summons together with a copy of the plaintiff's Complaint as provided by Fed. R. Civ. P. 4(c)(1), which is evidenced by the Affidavit of Service filed on August 28, 1996 (copy attached as Appendix 1);

B. As of the date hereof, defendant David L. Paul has neither moved for additional time to answer the plaintiff's summons and complaint nor filed any other papers in this case; and

C. As of the date hereof, defendant David L. Paul has neither filed an answer nor otherwise responded formally to the plaintiff's summons and complaint, and the 20 day time period to do so, pursuant to Fed. R. Civ. P. 12(a), has expired.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and accurate to the best of my knowledge, information, and belief. Executed in Miami, Florida, on this 30 day of September, 1996.

MARY F. DOOLEY
Assistant U.S. Attorney
Florida Bar No. A5500282

WILLIAM A. KEEFER
UNITED STATES ATTORNEY
99 N.E. 4th Street, #313
Miami, Florida 33132-2131
  Tel. No. (305) 536-5491; Fax No. (305) 530-7195

# ADDITIONAL ATTACHMENTS NOT SCANNED

PLEASE REFER TO COURT FILE